## In the Matter of Samuel H. SAGETT.

### Petition for reinstatement.

### No. 686 Disciplinary Docket No. 2.

Supreme Court of Pennsylvania.

July 24, 2003.

### *ORDER*

PER CURIAM.

AND NOW, this 24th day of July, 2003, upon consideration of the Report and Rec-

ommendations of the Disciplinary Board dated April 4, 2003, the Petition for Review and response thereto, the Petition for Reinstatement is denied. Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.